EN EL TRIBUNAL SUPREMO DE PUERTO RICO

<table>
<tr><td>In re:<br><br><br>Agustín Colón Dueño</td><td>2022 TSPR 142<br><br>210 DPR ___</td></tr>
</table>

Número del Caso: TS-9,346

Fecha: 21 de noviembre de 2022

Oficina de Inspección de Notarías:

    Lcdo. Manuel E. Ávila De Jesús
    Director

Materia: Conducta Profesional – Suspensión inmediata e indefinida del ejercicio de la notaría.

Este documento está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal Supremo. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re:

Agustín Colón Dueño

TS-9,346

RESOLUCIÓN

En San Juan, Puerto Rico, a 21 de noviembre de 2022.

Examinada la *Moción reiterando incumplimiento de orden y en solicitud de remedios* presentada el 14 de noviembre de 2022, se suspende inmediata e indefinidamente del ejercicio de la notaría al Lcdo. Agustín Colón Dueño.

De conformidad con la ley Núm. 69 de 9 de marzo de 1911, según enmendada, 30 LPRA sec. 1725 y ss., se da por terminada la última fianza otorgada. Así se garantizan las funciones notariales del notario y la fianza se considerará buena y válida por tres años después de su terminación para los actos realizados por el fiado durante el periodo en que estuvo vigente.

Se le concede al Lcdo. Agustín Colón Dueño un término de treinta (30) días contado a partir de la notificación de esta Resolución para que contrate a un notario y complete los trámites correspondientes a su costo.

Se le apercibe que el incumplimiento con nuestras órdenes conllevará la suspensión del ejercicio de la abogacía.

Publíquese.

Lo acordó el Tribunal y lo certifica el Secretario del Tribunal Supremo.

Javier O. Sepúlveda Rodríguez
Secretario del Tribunal Supremo